THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM. F. McCABE, as Surviving Partner of the Firm of McCABE & DUFFY, Appellant, *v.* JOHN A. SNEDEKER et al., as the Board of Town Auditors of the Town of White Plains, Respondents.

*People ex rel McCabe* v. *Snedeker,* 106 App. Div. 89, affirmed.
(Argued October 3, 1905; decided October 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 24, 1905, which confirmed, on certiorari, the determination of the defendant rejecting a claim of the relator against the town of White Plains.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*H. T. Dykman* and *Charles Wesley* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.